E-FILED
Thursday, 27 April, 2017 02:36:51 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF ILLINOIS CENTRAL DIVISION**

FILED
APR 24 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tracey M. Gragg )
)
**Plaintiffs,** )

**-VS-** ) **Case No:** 17-3115

mcDonald's Corp C/O )
Karen & Chris Jeffers(s) )

**Defendants,**

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS:**

- **This is a claim for violation of plaintiff's civil rights as protected by the constitution & laws of the United States under 42 U.S.C. 1983,1985, & 1986**
- **The court has jurisdiction under 42 U.S.C. 1343, & 1367**
- **Plaintiffs full name is: Tracey Michelle Gragg,**
- **The Defendant is employed as Owners of: McDonald's Corp. owners names are as follows: Karen Jeffers, & Chris Jeffers,**

- **On or about March 30-Present there have been several incidents that have happened we went into McDonald's Corp on South Grand & 5th Street on March 30 to get something to eat & noticed the sign posted above the man's bathroom door that states as follows: Lovin every second.
  No Loitering
  Please.
  Time Limit:
  30 Minutes
  While Consuming Food. My husband is blind so I read it to him & he said they can't do that it's a clear violation of their civil rights & there only doing that to deter homeless. I said I know & we left & went to McDonalds on Freedom we stopped going there for a long time over it we just started going back April 8 & stayed about 2 minutes & got disgusted & left then on April 21, we went in there & ordered food only to talk to the worker Donna because they switched her to midnight shift & quite frankly work her to hard she's up there in age & she can't do like she did when she was younger I know because I am getting up there in age & your body slows down when you hit 41 & you can feel it and I know it bothers her but she's an excellent worker and does an absolutely wonderful job & is so pleasant with the patrons eating at McDonalds so we go in there because of that but as she was leaving Sunday morning**

**we went in there to get the Hot Cakes, & a soda & was on our laptop checking emails & approximately 6:30 AM, Plaintiff was at McDonalds on S.5th Street, in Springfield, IL. In the county of Sangamon, State of Illinois at: 501 South Grand Ave., West, when defendant violated plaintiff's civil rights by:**

**When we were eating & on our laptop got staff to boot us out of there stating that they had a 30 minute policy and we had to leave. Plaintiff further alleges or follows: Freedom from Unlawful discrimination. To secure from Unlawful discrimination to secure for all individuals within Illinois the freedom from discrimination against any individual because of his/her race, color, religion, homeless, sex, national origin, ancestry, age, Order of protection status, marital status, physical or mental disability, military status, & the availability of public accommodations as a public entity you are bound to this provision in law. 775 ILCS 5/1-103 from Ch.68, par.1-103, Aggrieved party means a person who's alleged to or proved to have been injured by a civil rights violation or believes he or she will be injured by a civil rights violation.**

**Civil Rights Violation: Includes & shall be limited to only those specified acts set forth in Sections 2-102, 2-103, 2-105, 3-102, 3-103, 3-104, 3-104.1, 3-105, 3-105.1, 4-102, 4-103, 5-102, 5A-102, 6-101, 6-102, of this act. (775 ILCS 45/10) Sec. 10 Bill of Rights.**

- **(1) No person's rights or privileges, or access to public services may be denied solely because the individual's homeless they are to be granted the same rights as everyone else.**
- **(2) To walk or move freely in public accommodations/entities, including sidewalks, public buildings, parks/transportation like anywhere else.**
- **(3) The right to be treated equal.**
- **(4) The right to not be discriminated against.**
- **(775 ILCS 45/15) Sec. 15 Damages & Attorney's fees in any civil action regarding civil rights/discrimination. The court may award injunctive & declaratory relief, actual damages, & reasonable attorney's fees & costs to the prevailing plaintiff.**
- **Title II: Public Accommodations:**
- **(1) Places of lodging, (homeless shelters, apartment, housing, inns, motels, & hotels).**
- **(2) Places that serve food or drinks Restaurants/bars. I have witnessed several times that McDonald's Corp. including Karen Jeffers does this to deter homeless people from coming in her restaurants, I've noticed several times that the homeless come in her & restaurant & she treats them horrible including placing time limits on how long they can sit in her restaurants whether they're**

buying their food or not she will target them get the management to come & remove them anyway possible & she tells all the workers to do this but the old men that come in everyday & sit there for hours drinking there coffee she just lets them sit there last night we went there this one woman comes in everyday about 8 pm & buys stuff gets on her tablet & sits there for hours no one says anything but they believe someone's homeless they come & kick them out after 30 minutes. This is a violation of the homeless communities rights & should not be allowed the homeless come in get something to eat charge their phone & she covered the plug in up so now no one can charge their laptop, tablet, or phone. I wrote a cease & desist letter & took the sign down for evidence to prove how she's clearly violating people's civil rights. Wherefore, Plaintiff asks for the following:

- (1) The sign to be taken down,
- (2) The plug opened again,
- (3) A monetary settlement of 100,000
- (4) For McDonald's Corp to never discriminate again regardless of color, creed, homeless,
- (5) I feel it's worth asking this amount to show McDonald's Corp. that they can't go around violating civil rights and get away with it. As Authorized by 42 U.S.C. 1988

**Plaintiffs Signature:** [signature]

**Plaintiffs name** Tracey M. Gragg

**Plaintiffs mailing address:**

1023 E. Washington

**City, State, Zip:**

Spfld, IL. 62702

**Plaintiff's Telephone #:** (217) 685 - 7405

**Plaintiffs email address (if preferred to be contacted via email):** traceygragg9974@gmail.com

**Notary Public Seal:**

**Notary Public Signature:**

Debra S. Greenan

**Date:** 4/24/17

OFFICIAL SEAL
DEBRA S. GREENAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-11-2018

# Lovin' every second.

# No Loitering Please.

## Time Limit:
## 30 Minutes
*While Consuming Food*

*Your Cooperation is Appreciated*

**I'm lovin' it**

©2016 McDonald's | AM5177 | MD-870714